# qds

*Quality • Uniformity • Excellence • Service • Teamwork*

## QUEST DISCOVERY SERVICES

http://www.questds.com/

| | |
|---|---|
| 02/14/08   ** Fax No. 510-530-9087 ** | In Reply Refer to:    San Jose |
| Attn: JEREMY L. FRIEDMAN | Our File Number:    SJM801414 |
| JEREMY FRIEDMAN | Client File Number: |
| ATTORNEY AT LAW | Claim Number: |
| 2801 SYLHOW ROAD | Insured: |
| OAKLAND, CA 94602 | |

RE: **LAILA BATTS VS. COUNTY OF SANTA CLARA, et al.**

Dear MR. FRIEDMAN:

Enclosed please find the proof of service for the **SUMMONS & COMPLAINT** which was served on **COUNTY OF SANTA CLARA, OFFICE OF.**

**This SUMMONS & COMPLAINT was served on 02/14/08.**

Should you have any questions or concerns, please do not hesitate to contact our office.

Sincerely,


**Orlanda Patao**   Ext.3562 @ SAN JOSE OFFICE        opatao@questds.com
Quest Discovery Services

**Corporate Office:**
981 Ridder Park Drive
San Jose, CA 95131
(408) 441-7000
FAX (408) 441-7070

**Branch Offices:**
P.O. Box 214267
Sacramento, CA 95821-0267
(916) 483-7030
FAX (916) 483-7037

3438 Mendocino Ave., Ste. A
Santa Rosa, CA 95403
(707) 528-2300
FAX (707) 528-6047

2507 West Shaw Ave., Ste. 101
Fresno, CA 93711
(559) 224-0909
FAX (559) 224-1122

5730 Uplander Way, Ste. 101
Culver City, CA 90230
(310) 645-5557
FAX (310) 645-1466

Orlanda Patao   Ext.3562 @ SAN JOSE OFFICE   opatao@questds.com / ELET07P

FILE BY FAX
HAND-DELIVERED

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Laila Batts

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C08-00286 PVT

V.

County of Santa Clara, and DOES ONE through TWENTY

TO: (Name and address of defendant)

County of Santa Clara, Office of the Clerk
70 W. Hedding Street, 10th Floor, East Wing
San Jose, CA 95110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeremy L. Friedman, CA Bar No. 142659
Attorney at Law
2801 Sylhowe Road
Oakland, CA 94602

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE FEB 14 2008

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action                    CASE#C08-00286PVT

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER<br>PATRICK TAVARES | TITLE CALIFORNIA REGISTERED PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served: COUNTY OF SANTA CLARA, OFFICE OF THE CLERK  70 W. HEDDING STREET, 10TH FLOOR EAST WING
SAN JOSE, CA 95110

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
BONNIE FIELDS, RECEPTIONIST, AUTHORIZED TO ACCEPT SERVICE

[ ] Returned unexecuted:

[ ] Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-14-08
                Date

Signature of Server

2025 GATEWAY PLACE, SUITE 330
*Address of Server*
SAN JOSE, CA 95110
408-441-7000
SANTA CLARA REG#1102

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure