1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendant
   COUNTY OF SANTA CLARA

6

7

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                             (SAN JOSE)

10

11  LAILA BATTS,                    )    No.    C08-00286 PVT
                                    )
12          Plaintiff,              )    **DECLINATION TO PROCEED BEFORE A**
                                    )    **U.S. MAGISTRATE JUDGE [28 U.S.C. §**
13  v.                              )    **636(c)]**
                                    )
14  COUNTY OF SANTA CLARA,          )
                                    )
15          Defendant.              )
                                    )
16  _____)

17          Defendant COUNTY OF SANTA CLARA hereby declines to proceed before

18  a United States Magistrate Judge pursuant to Title 28 U.S.C., section 636(c), and requests a

19  reassignment.

20  Dated: April 10, 2008                    Respectfully submitted,

21                                           ANN MILLER RAVEL
                                             County Counsel
22

23                                    By:_____/S/_____
                                             ARYN PAIGE HARRIS
24                                           Deputy County Counsel

25                                           Attorneys for Defendant
                                             COUNTY OF SANTA CLARA
26

27

28  121521.wpd