UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

April 11, 2008

**CASE NUMBER:  CV 08-00286 PVT**  
**CASE TITLE:  LAILA BATTS-v-COUNTY OF SANTA CLARA**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  **Case reassigned to the Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 04/10/08

FOR THE EXECUTIVE COMMITTEE:

_____  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies  
Log Book Noted

Special Projects  
Entered in Computer 04/11/08 tsh

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel                           Transferor CSA