1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendant
   COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA BATTS, | NO. C08-00286 PVT |
| Plaintiff, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| v. | |
| COUNTY OF SANTA CLARA, and Does 1 through 20, | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

/ /

/ /

/ /

     (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 21, 2008

COUNTY OF SANTA CLARA
Party

ANN MILLER RAVEL
County Counsel

By:     /S/
ARYN PAIGE HARRIS
Deputy County Counsel

122908.wpd