ANN MILLER RAVEL, County Counsel (S.B. #62139)
ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA BATTS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, and Does 1 through 20,<br><br>    Defendants. | NO.  08-00286 JW<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Counsel report that they have met and conferred regarding ADR and that they:

___ have not yet reached an agreement to an ADR process

**X** request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference:  May 5, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-mail Address |
|---|---|---|---|
| Aryn Paige Harris | Defendant County of Santa Clara | 408/299-5900 | aryn.harris@cco.sccgov.org |
| Jeremy L. Friedman | Plaintiff Laila Batts | 510/530-9060 | jlfried@comcast.net |

/ /

/ /

1  *Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

2

3

4  Dated: April 24, 2008                    /S/ JEREMY L. FRIEDMAN
                                            JEREMY L. FRIEDMAN
5
                                            Attorneys for Plaintiff
6                                           LAILA BATTS

7

8  Dated: April 24, 2008                    /S/ ARYN PAIGE HARRIS
                                            ARYN PAIGE HARRIS
9
                                            Attorneys for Defendant
10                                          COUNTY OF SANTA CLARA

11

12

13

14

15

16

17  122906.wpd

18

19

20

21

22

23

24

25

26

27

28