ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA BATTS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br>and Does One through Twenty<br><br>    Defendants. | No.    C08-00286 PVT<br><br>**NOTICE OF APPEARANCE** |

I, Gregory J. Sebastinelli, hereby respectfully request that I also be recognized by the court as counsel of record for Defendant County of Santa Clara, and receive electronic filing notifications in the above-captioned case.

Dated:  May 8, 2008                          Respectfully submitted,

                                             ANN MILLER RAVEL
                                             County Counsel


                                      By:        /S/
                                             GREGORY J. SEBASTINELLI
                                             Deputy County Counsel

                                             Attorneys for Defendant
                                             COUNTY OF SANTA CLARA

125664.wpd