UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAILA BATTS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SANTA CLARA,<br><br>　　　　Defendants. | Case No.: C 08-0286 JW (PVT)<br><br>**ORDER RE MID-DEPOSITION DISPUTE** |

On June 11, 2009, the parties appeared by telephone before Magistrate Judge Patricia V. Trumbull in connection with a dispute which arose during the deposition of Dr. Crandall.[1]  Based on the briefs and arguments presented,

IT IS HEREBY ORDERED that the deposition of Dr. Crandall shall go forward at this time, and the parties shall brief the issue of whether Dr. Crandall is entitled to any witness fees, and if so, the amount of any such fees.  The parties shall file their respective briefs no later than June 19, 2009.  Absent further order of this court, the matter will be submitted without oral argument.

Dated: *6/11/09*

　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*