UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LAILA BATTS, | ) | Case No.: C 08-0286 JW (PVT) |
| Plaintiff, | ) | **ORDER OF RECUSAL FROM** |
| | ) | **DISCOVERY REFERENCE ONLY** |
| v. | ) | |
| COUNTY OF SANTA CLARA, | ) | |
| Defendants. | ) | |

On April 11, 2008, this case was referred to Magistrate Judge Patricia V. Trumbull for discovery matters. On February 19, 2009, this case was referred to Magistrate Judge Patricia V. Trumbull for a settlement conference. A settlement conference was held before Magistrate Judge Patricia V. Trumbull on March 30, 2009, and a further settlement conference was held June 15, 2009. Currently pending before Judge Trumbull is a discovery dispute regarding the deposition of Dr. Crandall. Based on the file and the settlement conference proceedings herein,

IT IS HEREBY ORDERED that I recuse myself from hearing or determining any further discovery matters in the above-entitled action. The Clerk of Court shall randomly reassign this case to another magistrate judge for discovery matters.

IT IS FURTHER ORDERED that the parties shall address their briefs regarding the deposition of Dr. Crandall to the magistrate judge to whom this case is reassigned.

ORDER, *page 1*

      IT IS FURTHER ORDERED that any further settlement conference proceedings may be scheduled on my settlement calendar.

Dated: *6/15/09*

                                                 PATRICIA V. TRUMBULL
                                                 United States Magistrate Judge