IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Laila Batts, | NO. C 08-00286 JW |
| Plaintiff, | **ORDER RE BRIEFING ON DEFENDANTS' OBJECTION TO MAGISTRATE ORDER** |
| v. | |
| County of Santa Clara, et al., | |
| Defendants. | |

Presently before the Court are Defendants' Objections[1] to Magistrate Order Granting in Part and Denying in Part Parties' Motions re Subpoenaed Records.[2]

Upon consideration of the Objections, the Court finds that it would benefit from a response from Plaintiff. Accordingly, the Court sets the following briefing schedule:

(1) On or before **October 9, 2009**, Plaintiff shall file her Opposition.

(2) On or before **October 15, 2009**, Defendants shall file their Reply, if any.

The Court will take the matter under submission upon completion of the briefing.

Dated: October 2, 2009

JAMES WARE
United States District Judge

---

[1] (Defendants' Motion for Review of Magistrate Judge Howard R. Lloyd's Non-Dispositive Order, hereafter, "Objections," Docket Item No. 90.)

[2] (See Docket Item No. 88.)

*United States District Court*
*For the Northern District of California*

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aryn Paige Harris aryn.harris@cco.sccgov.org
Gregory Joseph Sebastinelli gregory.sebastinelli@cco.co.scl.ca.us
Jeremy L. Friedman jlfried@comcast.net

|  |  |
|---|---|
| **Dated: October 2, 2009** | **Richard W. Wieking, Clerk** |
|  | **By:   /s/ JW Chambers** |
|  | **Elizabeth Garcia** |
|  | **Courtroom Deputy** |

**United States District Court**
For the Northern District of California