1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

Laila Batts,                                        NO. C 08-00286 JW

12
            Plaintiff,                    **ORDER GRANTING A CONTINUANCE**
      v.                                  **OF THE BRIEFING SCHEDULE ON**
13                                        **DEFENDANTS' OBJECTIONS TO**
County of Santa Clara, et al.,            **MAGISTRATE JUDGE'S DISCOVERY**
14                                        **ORDER**
            Defendants.
15    _____/

16          Presently before the Court is Plaintiff's Request for a Continuance of the Briefing Schedule

17   on Defendants' Objections to Magistrate Judge's Discovery Order.  (hereafter, "Request," Docket

18   Item No. 93.)  Plaintiff seeks a short continuance of the briefing schedule set by the Court in its

19   Order Re Briefing on Defendants' Objection to Magistrate Order.  (Request at 1.)  Plaintiff's counsel

20   represents that at the time Defendants' filed their objections, he was incapacitated due to illness.

21   (Id.)

22          The Court had previously set October 9, 2009 as the due date for Plaintiff's Opposition, and

23   October 15, 2009 as the due date for Defendants' Reply.  (See Docket Item No. 92.)  In light of

24   Plaintiff's counsel's illness, the Court finds good cause to grant a brief time-extension to both parties

25   for briefing.

26          Accordingly, the Court GRANTS Plaintiff's Request and sets the following briefing

27   schedule:

28

*United States District Court*
For the Northern District of California

**United States District Court**
For the Northern District of California

1   (1)     On or before **October 20, 2009**, Plaintiff shall file her Opposition.

2   (2)     On or before **October 26, 2009**, Defendants shall file their Reply, if any.[1]

3   The Court will take the matter under submission upon completion of the briefing.

4

5   Dated:  October 16, 2009

6   _____
    JAMES WARE
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   [1]   The Court notes that on October 15, 2009, Defendants filed a notice of "non-opposition"
    regarding Plaintiff's failure to comply with the Court's previous Order setting briefing schedule.
27   (Docket Item No. 94.)  In light of this Order, the Court does not consider Defendants' October 15
    Reply. The Court will consider the issue once the  matter is fully briefed.

28

2

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Aryn Paige Harris aryn.harris@cco.sccgov.org
    Gregory Joseph Sebastinelli gregory.sebastinelli@cco.co.scl.ca.us
3   Jeremy L. Friedman jlfried@comcast.net

4
    **Dated:  October 16, 2009**                              **Richard W. Wieking, Clerk**
5

6                                                             **By:     /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
7                                                                 **Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California