**United States District Court**
For the Northern District of California

*E-FILED 12-16-2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LAILA BATTS,

       Plaintiff,

  v.

COUNTY OF SANTA CLARA, PETER CRANDALL, CHRISTINA ARQUERO, and DOES 3-20,

       Defendants.

_____/

No. C08-00286 JW (HRL)

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL VERIFICATION TO INTERROGATORIES**

**[Re: Docket No. 120]**

      Defendants move for an order compelling plaintiff to provide verifications to her interrogatory responses. The matter is deemed appropriate for determination without oral argument, and the December 29, 2009 hearing is vacated. On the papers presented, it appears that the only remaining issue is defendants' request for the original signed verification dated December 7, 2009. To the extent she has not already done so, plaintiff shall serve defendants with the original signed verification within 10 days of the date of this order. Plaintiff's request for sanctions is denied.

      SO ORDERED.

Dated:  December 16, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   5:08-cv-00286-JW Notice has been electronically mailed to:

2   Aryn Paige Harris aryn.harris@cco.sccgov.org, anna.espiritu@cco.sccgov.org

3   Gregory Joseph Sebastinelli gregory.sebastinelli@cco.co.scl.ca.us,
    marylou.gonzales@cco.sccgov.org

4
    Jeremy L. Friedman jlfried@comcast.net
5

6   Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California