**\*E-FILED 01-04-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAILA BATTS,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SANTA CLARA, PETER CRANDALL, CHRISTINA ARQUERO, and DOES 3-20,<br><br>    Defendants. | No. C08-00286 JW (HRL)<br><br>**ORDER VACATING MOTION HEARING RE DEFENDANTS' MOTION TO COMPEL DOCUMENTS** |

   Defendants' discovery motion (Docket No. 130) is deemed suitable for determination without oral argument, and the January 12, 2010 hearing is vacated. See Civ. L.R. 7-1(b).

   SO ORDERED.

Dated:   January 4, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:08-cv-00286-JW Notice has been electronically mailed to:

Aryn Paige Harris aryn.harris@cco.sccgov.org, anna.espiritu@cco.sccgov.org

Gregory Joseph Sebastinelli gregory.sebastinelli@cco.co.scl.ca.us, marylou.gonzales@cco.sccgov.org

Jeremy L. Friedman jlfried@comcast.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.