| | |
|---|---|
| 1 | MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621) |
| 2 | GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)<br>ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590) |
| 3 | OFFICE OF THE COUNTY COUNSEL<br>70 West Hedding, East Wing, 9th Floor |
| 4 | San Jose, California  95110-1770<br>Telephone:  (408) 299-5900 |
| 5 | Facsimile:  (408) 292-7240 |
| 6 | Attorneys for Defendants |
| 7 | COUNTY OF SANTA CLARA, PETER CRANDALL, M.D., and MARIA CHRISTINA ARQUERO |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | | |
|---|---|---|
| LAILA BATTS, | ) | NO. C08-00286 JW (HRL) |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER FOR REMOVAL OF EXHIBITS |
| v. | ) ) | |
| COUNTY OF SANTA CLARA, PETER CRANDALL, CHRISTINA ARQUERO, and Does Three through Twenty, | ) ) ) ) | |
| Defendants. | ) ) | |

On January 11, 2010, Defendants e-filed a Motion for Partial Summary Judgment with declarations and exhibits.  On January 18, 2010, Defendants e-filed their Opposition to Plaintiff's Motion for Partial Summary Judgment, with the same declarations and exhibits. Subsequently, Defendants realized some redacted dates were not adequately obscured.  At Defendants' request, those dockets were locked and corrected exhibits were filed as Dockets # 169-174.

/ /

/ /

/ /

/ /

1  All parties stipulate to the removal of the original exhibits (Dockets #154-3, 156-2,
2  157-1, 157-15, 163-3, 165-2, 167-1, and 167-13) from the Court's docket.

3  **IT IS SO STIPULATED**.

4  Dated: January 25, 2010                By:      /S/Jeremy L. Friedman
                                                    JEREMY L. FRIEDMAN
5
                                                    Attorney for Plaintiff
6                                                   LAILA BATTS

7  I hereby attest that I have on file the holograph signature for the signature indicted by a
8  "conformed" signature (/S/) within this e-filed document.

9  Dated: January 22, 2010                Respectfully submitted,

10                                          MIGUEL MÁRQUEZ
                                            Acting County Counsel
11

12                                  By:           /S/
                                            ARYN PAIGE HARRIS
13                                          Deputy County Counsel

14                                          Attorneys for Defendants
                                            COUNTY OF SANTA CLARA, PETER
15                                          CRANDALL, M.D., and MARIA
                                            CHRISTINA ARQUERO
16

17 **IT IS SO ORDERED.**

18
                                            /s/ James Ware
19 Dated: January 27, 2010
                                            THE HONORABLE JAMES WARE
20                                          United States District Court Judge

21

22

23

24

25

26

27

28

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Prop] Order to
Remove Exhibits                    -2-                    C08-00286 JW (HRL)