***E-FILED 03-19-2010***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAILA BATTS, | No. C08-00286 JW (HRL) |
| Plaintiff, | **INTERIM ORDER RE PLAINTIFF'S MOTION FOR MODIFICATION AND ENFORCEMENT OF NONPARTY SUBPOENAS** |
| v. | |
| COUNTY OF SANTA CLARA, PETER CRANDALL, CHRISTINA ARQUERO, and DOES 3-20, | |
| Defendants. | |

Pursuant to Civ. L.R. 7-1(b), this court finds that oral argument re plaintiff's motion for modification and enforcement of nonparty subpoenas (Docket No. 185) is unnecessary. That matter is deemed submitted on the papers without oral argument. See CIV. L.R. 7-1(b).

SO ORDERED.

Dated:   March 19, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:08-cv-00286-JW Notice has been electronically mailed to:

Aryn Paige Harris aryn.harris@cco.sccgov.org, anna.espiritu@cco.sccgov.org

Gregory Joseph Sebastinelli gregory.sebastinelli@cco.co.scl.ca.us, marylou.gonzales@cco.sccgov.org

Jeremy L. Friedman jlfried@comcast.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.