*E-FILED 3-25-2010*

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA

70 West Hedding Street, 9th Floor
San Jose, California 95110-1770
(408) 299-5900
(408) 292-7240 (FAX)



Miguel Márquez
ACTING COUNTY COUNSEL

Winifred Botha
Orry P. Korb
Lori E. Pegg
ASSISTANT COUNTY COUNSEL

March 24, 2010

VIA FACIMILE ONLY: 408-535-5410

Magistrate Judge Lloyd
United States District Court
280 S. 2nd Street, Courtroom 2, 5th Floor
San Jose, California 95113



IT IS SO ORDERED
Judge Howard R. Lloyd

Re:   *Laila Batts v. County of Santa Clara, et al.*
      Case No. C0800286 JW (HRL)

Dear Magistrate Lloyd:

I appeared yesterday for oral argument on Plaintiff's motion to compel. A portion of the argument concerned the County's withholding of privileged documents from Norcal Mutual Insurance Company ("NMIC"), which are contained in Defendant Dr. Crandall's personnel file. The Court requested that I identify which documents are in the County's possession and indicate how the County obtained those documents. The Court requested that I provide a response by tomorrow. The Court also requested that I provide a letter brief on the issue of impeachment related to a different discovery dispute by next Tuesday, March 30th.

I have begun efforts to respond to the Court's inquiry regarding the NMIC records. In order to fully address the Court's questions, however, I am confident that I will not be able to do so by tomorrow. In order to provide a more thorough response, I am requesting that the Court permit the County to respond to both inquires by next Tuesday.

Very truly yours,

MIGUEL MÁRQUEZ
Acting County Counsel

ARYN PAIGE HARRIS
Deputy County Counsel

c: Jeremy Friedman, Plaintiff's Counsel (by email only to: jlfried@comcast.net)

Document in ProLaw

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA

70 West Hedding Street, 9th Floor
San Jose, California 95110-1770
(408) 299-5900 / (408) 292-7240 (FAX)



Miguel Márquez
ACTING COUNTY COUNSEL

Winifred Botha
Orry Korb
Lori E. Pegg
ASSISTANT COUNTY COUNSEL

## FAX
## TELECOPIER COVER SHEET

PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME: Magistrate Judge Lloyd

OFFICE: United States District Court

FAX #: 535-5410        REG. OFFICE #: 535-5365

FROM

NAME: Aryn P. Harris

OFFICE: OFFICE OF THE COUNTY COUNSEL OF THE COUNTY OF SANTA CLARA

FAX#: (408) 292-7240     REG. OFFICE #: (408) 299-5900

Comments: Laila Batts v. County of Santa Clara et al. - Case No. C0800286 JW - Correspondence dated March 24, 2010

TOTAL # OF PAGES, INCLUDING THIS COVER SHEET, TRANSMITTED: 02

DATE: Wednesday, March 24, 2010  TIME: 4:05:48 PM

WARNING: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.