*E-FILED 05-05-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAILA BATTS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SANTA CLARA, PETER CRANDALL, CHRISTINA ARQUERO, and DOES 3-20,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C08-00286 JW (HRL)<br><br>**INTERIM ORDER RE PLAINTIFF'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES** |

　　　Plaintiff moves for an order compelling further discovery responses from defendants. After the motion hearing, and per this court's direction, defendants submitted two letter briefs to this court. Defendants also submitted certain documents for this court's *in camera* review. Inasmuch as defendants elected to serve copies of both letters on plaintiff's counsel, as discussed at the motion hearing, this court will give Batts a chance to respond if she wishes. To the extent plaintiff chooses to respond to the matters discussed in defendants' post-hearing letter briefs, she shall submit a responsive letter brief (not to exceed seven pages) **no later than May 12, 2010**. The matter will be deemed submitted on that date whether or not Batts submits a response.

　　　SO ORDERED.

Dated:   May 5, 2010

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1  5:08-cv-00286-JW Notice has been electronically mailed to:

2  Aryn Paige Harris     aryn.harris@cco.sccgov.org, anna.espiritu@cco.sccgov.org

3  Barry Clement Marsh     bmarsh@hinshaw-law.com, csimmers@hinshaw-law.com

4  Blaise S. Curet     bcuret@sdmp.com, swong@sdmp.com

5  Gregory Joseph Sebastinelli     gregory.sebastinelli@cco.sccgov.org, marylou.gonzales@cco.sccgov.org

6  

7  Jeremy L. Friedman     jlfried@comcast.net

   Stephen Ryan Wong     swong@spcclaw.com
8

9  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28