*E-FILED 10-28-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAILA BATTS, | No. C08-00286 JW (HRL) |
| Plaintiff, | **ORDER RE DEFENDANTS' SUPPLEMENTAL LETTER BRIEFS** |
| v. | |
| COUNTY OF SANTA CLARA, PETER CRANDALL, CHRISTINA ARQUERO, and DOES 3-20, | |
| Defendants. | |

The County of Santa Clara (County) previously was permitted to lodge with this court's chambers supplemental letter briefs in connection with certain discovery motions. In this court's September 14, 2010 order (Docket No. 274), the County was advised that those letters would be placed in the court's public files within 14 days of the date of that order, unless the County established that the letters (or any portion of them) should be sealed. It has now been over 30 days since the court issued that order. Having received no response from the County, those letters shall now be placed in the court's public files.

SO ORDERED.

Dated: October 28, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:08-cv-00286-JW Notice has been electronically mailed to:

2  Aryn Paige Harris     aryn.harris@cco.sccgov.org, anna.espiritu@cco.sccgov.org

3  Barry Clement Marsh     bmarsh@hinshaw-law.com, csimmers@hinshaw-law.com

4  Blaise S. Curet     bcuret@spcclaw.com

5  Gregory Joseph Sebastinelli     gregory.sebastinelli@cco.sccgov.org, marylou.gonzales@cco.sccgov.org

6  Jeremy L. Friedman     jlfried@comcast.net

7  Scott R Kanter     skanter@hinshaw-law.com

8  Stephen Ryan Wong     swong@spcclaw.com

10  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California

2