*E-FILED 01-05-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAILA BATTS,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF SANTA CLARA, PETER CRANDALL, CHRISTINA ARQUERO, and DOES 3-20,<br><br>        Defendants.<br>_____/ | No. C08-00286 JW (HRL)<br><br>**INTERIM ORDER RE DEFENDANTS' MOTION TO VACATE DISCOVERY ORDER** |

On January 4, 2011, defendants filed a motion to vacate the portion of this court's September 14, 2010 order giving plaintiff leave to conduct additional depositions. Although the motion itself indicates that it was noticed for hearing before Judge Ware, this court is informed that Judge Ware has directed defendants to notice that motion before the undersigned.

Plaintiff's opposition shall be filed no later than **January 12, 2011**. Defendants' reply shall be filed no later than **January 19, 2011**. Unless otherwise ordered, the matter will be deemed submitted upon the papers.

SO ORDERED.

Dated: January 5, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:08-cv-00286-JW Notice has been electronically mailed to:

2  Aryn Paige Harris     aryn.harris@cco.sccgov.org, anna.espiritu@cco.sccgov.org

3  Barry Clement Marsh     bmarsh@hinshaw-law.com, csimmers@hinshaw-law.com

4  Blaise S. Curet     bcuret@spcclaw.com

5  Gregory Joseph Sebastinelli     gregory.sebastinelli@cco.sccgov.org, marylou.gonzales@cco.sccgov.org

6  Jeremy L. Friedman     jlfried@comcast.net

7  Scott R Kanter     skanter@hinshaw-law.com

8  Stephen Ryan Wong     swong@spcclaw.com

10  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.