UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME: 19 mins**

<u>CIVIL MINUTES</u>

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** September 16, 2011 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-08-00286 EJD | **Special Master:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

<u>CASE TITLE</u>

Laila Batts v. County of Santa Clara

<u>APPEARANCES</u>
Attorney(s) for Plaintiff(s): Jeremy Friedman
Attorney(s) for Defendant(s): Scott Kanter

<u>PROCEEDINGS</u>

Pretrial Conference

<u>ORDER AFTER HEARING</u>

Conference Held. The Court set the following pretrial and trial dates:

1. Final Pretrial Conference set for April 6, 2012 at 11:00 AM
2. Jury Selection set for May 7, 2012 at 9:00 AM - 12:00 PM
3. Jury Trial set for
   May 8, 2012 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
   May 9, 2012 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
   May 10, 2012 at 9:00 AM - 12:00 PM
   May 14, 2012 at 9:00 AM - 12:00 PM
   May 15, 2012 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
   May 16, 2012 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
4. Jury Deliberations set for May 17, 2012 through May 18, 2012

The parties are referred to Magistrate Judge Paul S. Grewal for a settlement conference. The parties are to contact Judge Grewal's Courtroom Deputy to schedule the conference.

The Court to issue further Order following pretrial conference.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: O. Rivera, J. Younger