| | |
|---|---|
| 1 | BARRY C. MARSH, Esq. (S.B. #99908) |
| | SCOTT R. KANTER, Esq. (S.B. #199696) |
| 2 | HINSHAW, MARSH, STILL & HINSHAW |
| | A Partnership |
| 3 | 12901 Saratoga Avenue |
| | Saratoga, California 95070 |
| 4 | Telephone:  (408) 861-6500 |
| | Facsimile:  (408) 257-6645 |
| 5 | |
| | MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621) |
| 6 | ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590) |
| | OFFICE OF THE COUNTY COUNSEL |
| 7 | 70 West Hedding, East Wing, 9th Floor |
| | San Jose, California  95110-1770 |
| 8 | Telephone:  (408) 299-5900 |
| | Facsimile:  (408) 292-7240 |
| 9 | |
| 10 | Attorneys for Defendants |
| | COUNTY OF SANTA CLARA, PETER |
| 11 | CRANDALL, M.D., and MARIA |
| | CHRISTINA ARQUERO |

*IT IS SO ORDERED*
*Judge Edward J. Davila*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | | |
|---|---|---|
| LAILA BATTS, | ) | NO. C08-00286 JW (HRL) |
| | ) | |
| Plaintiff, | ) | **DEFENDANTS' ADMINISTRATIVE** |
| | ) | **REQUEST TO LOCK AND WITHDRAW** |
| v. | ) | **DOCUMENT #389 BY DEFENDANTS** |
| | ) | **SANTA CLARA, PETER CRANDALL, M.D.,** |
| COUNTY OF SANTA CLARA, PETER | ) | **and MARIA CHRISTINA ARQUERO** |
| CRANDALL, CHRISTINA ARQUERO, | ) | |
| and Does Three through Twenty, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Defendants COUNTY OF SANTA CLARA, PETER CRANDALL, M.D., and MARIA CHRISTINA ARQUERO, respectfully request that the Settlement Conference Statement filed as Document #389 on January 24, 2011, be locked and withdrawn by the Court as this document was inadvertently filed as opposed to lodged as required by the Magistrate Judge Paul S. Grewal's standing order regarding settlement conference procedures.  On January 25, 2011, Defendants will lodge a copy of their Settlement Conference Statement with the Clerk's Office

1  (Rm 2112) where it will be forwarded to the Magistrate Judge.

2

3  Dated: January 24, 2011                              Respectfully submitted,

4
                                              By:  _____/S/_____
5                                                  BARRY C. MARSH, Esq.
                                                   SCOTT R. KANTER, Esq.
6                                                  Attorneys for Defendants
                                                   COUNTY OF SANTA CLARA, PETER
7                                                  CRANDALL, M.D., and MARIA
                                                   CHRISTINA ARQUERO
8

9  Dated: January 24, 2011                              Respectfully submitted,

10                                                 MIGUEL MÁRQUEZ
                                                   Acting County Counsel
11

12                                            By:  _____/S/_____
                                                   ARYN PAIGE HARRIS
13                                                 Deputy County Counsel
                                                   Attorneys for Defendants
14                                                 COUNTY OF SANTA CLARA, PETER
                                                   CRANDALL, M.D., and MARIA
15                                                 CHRISTINA ARQUERO

16

17  Admin.Req.wpd

18

19

20

21

22

23

24

25

26

27

28