**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LAILA BATTS,                                    CASE NO. 5:08-cv-00286 EJD

                                                **ORDER DISMISSING ACTION WITH**
              Plaintiff(s),                     **PREJUDICE**

      v.

COUNTY OF SANTA CLARA, et. al.,

              Defendant(s).
_____/

        Pursuant to the request of Plaintiff Laila Batts (see Docket Item No. 432), and in light of the settlement between the parties, the above-entitled action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).

        The Order to Show Cause issued December 12, 2011, is DISCHARGED and the corresponding hearing VACATED. The hearing on Plaintiff's request for dismissal is also VACATED.

        The Clerk shall close this file.

**IT IS SO ORDERED.**


Dated: January 4, 2012                          _____
                                                EDWARD J. DAVILA
                                                United States District Judge